IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WAYNE H. NORMAN,   Civil Action File No.

    Plaintiff,

vs.   <u>1:18-CV-00643</u>

TED THOMAS, &
TOM BEGANI,
    Defendants.

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wayne H. Norman, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendants Ted Thomas & Tom Begani, Landlords.

    Respectfully submitted,

<u>/s/Wayne Norman</u>
Wayne H. Norman
501 Madison, Apt. 2
Oak Park, Illinois 60302
<u>whnorman@hotmail.com</u>